NELSON F. GOMEZ (SBN:105464)
ATTORNEY AT LAW
4043 Geer Road
Hughson, CA 95326
Telephone: (209) 566-2300
Facsimile: (209) 883-8769

Attorney for Debtor,
Jose Angel Diaz Patino

FILED
November 13, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003897265

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>JOSE ANGEL DIAZ PATINO,<br><br>Debtor. | Case No.: **11-44382-B-7**<br>Chapter **7**<br><br>DC NO: **NFG-001**<br><br>Date: December 13, 2011<br>Time: 9:32 a.m.<br>Place: 501 I Street<br>6th Floor, Courtroom 32<br>Sacramento, CA |

**MOTION TO ABANDON PERSONAL PROPERTY – DEBTOR'S BUSINESS**

Debtor, JOSE GENARO MENDOZA, hereby requests, pursuant to Federal Rules of Bankruptcy Procedure, Rule 6007(b), an order abandoning the debtor's business, a sole proprietorship known as "PATINO LANDSCAPING," for the reasons set forth in the declaration of Debtor, filed concurrently herewith.

DATED: November 11, 2011            LAW OFFICES OF NELSON F. GOMEZ


                          By: _____
                              Nelson F. Gomez
                              Attorney for Debtor

Motion to Abandon

1